MICHAEL BAILEY
United States Attorney
District of Arizona

MONICA B. KLAPPER
Assistant U.S. Attorney
Arizona State Bar No. 013755
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: Monica.Klapper@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-20-00096-01-PHX-JJT |
|---|---|
| Plaintiff, | **NOTICE OF FILING UNSEALED, REDACTED EXHIBITS** |
| vs. | |
| 1.  Frank Capri, | |
| Defendant. | |

Pursuant to this Court's Order dated October 22, 2020, and consistent with Fed.R.Crim.P. 49.1(a), the United States files formerly-sealed documents 37, 42 (with exhibit), 93, and 100 (with exhibit) in the public record with redactions as Exhibits 1 through 4, respectively.

Respectfully submitted this 12th day of November, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona


*s/ Monica B. Klapper*
MONICA B. KLAPPER
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of November, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all registered parties under this case number and provided electronic copies to those who are not presently registered.


 *s/ Joy Faraj*_____
U.S. Attorney's Office